UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:22-cv-22974-JEM

WHITTINGTON MOTOR SPORTS, INC.
d/b/a SCOTTSDALE SPORTS CAR GROUP,

        Plaintiff,

v.

CURATED INVESTMENTS, LLC and
TOPGEAR AUTO, LLC,

        Defendants.
_____/

**DEFENDANT CURATED INVESTMENTS, LLC'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendant Curated Investments, LLC ("Curated"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 and this Court's March 1, 2023 Order, *see* [ECF No. 11], hereby submits this Certificate of Interested Parties and Corporate Disclosure Statement, and makes the following disclosures:

**CERTIFICATE OF INTERESTED PARTIES**

Defendant Curated discloses the following persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a Party:

    1) Whittington Motor Sports, Inc., d/b/a Scottsdale Sports Car Group (Plaintiff);

    2) Curated Investments, LLC (Defendant);

    3) TopGear Auto, LLC (Defendant);

    4) Dr. Daxes Banit (principal of Defendant TopGear);

5) K&L Gates LLP (counsel for Defendant Curated);

6) Jeffrey T. Kucera, Esq. (counsel for Defendant Curated);

7) Steven R. Weinstein, Esq. (counsel for Defendant Curated);

8) Charles F. Wolf, Esq. (counsel for Defendant Curated);

9) Akerman LLP (counsel for Plaintiff);

10) Ryan Roman, Esq. (counsel for Plaintiff);

11) Reginald E. Janvier, Esq. (counsel for Plaintiff);

12) Glenn J. Webber, P.A. (counsel for Defendant TopGear); and

13) Glenn J. Webber, Esq. (counsel for Defendant TopGear).

## **CORPORATE DISCLOSURE STATEMENT**

Defendant Curated is a privately-owned Florida Limited Liability Corporation. Curated has no parent corporation. The members of the LLC include the following:

1) John Jacques Temerian (Florida citizen);

2) Alan Lazowski (Connecticut citizen);

3) Casimir Seed LLC, whose sole member is James Goetz (California citizen); and

4) Scheria Capital LLC, whose sole member is Jordi Ricart (Florida citizen).

Dated:  March 16, 2023

Respectfully submitted,

**K&L Gates LLP**
*Counsel for Defendant Curated Investments*
Jeffrey T. Kucera, Esq.
Florida Bar No. 68233
jeffrey.kucera@klgates.com
Steven R. Weinstein, Esq.
Florida Bar No. 985848
steven.weinstein@klgates.com
Charles F. Wolf, Esq.
Florida Bar No. 99227
charles.wolf@klgates.com
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, FL  33131-2399
Telephone:     305-539-3300
Facsimile:     305-358-7095

By:  /s/  Jeffrey T. Kucera

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 16th day of March, 2023.

/s/  Jeffrey T. Kucera

**Service List**
**Case No. 1:22-cv-22974-JEM**

Ryan Roman, Esq.
Florida Bar No. 25509
Ryan.roman@akerman.com
Reginald E. Janvier, Esq.
Florida Bar No. 1011001
Reginald.janvier@akerman.com
**AKERMAN LLP**
201 East Las Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Telephone:    954-463-2700
*Counsel for Plaintiff*

Glenn J. Webber, Esq.
Florida Bar No. 356158
glenn@webberfl.com
**Glenn J. Webber, P.A.**
101 East Ocean Boulevard, Suite 203
Stuart, FL 34994
Telephone:    772-287-5600
Facsimile:    772-781-7561
*Counsel for TopGear Auto, LLC*